**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-1836**

MICHELE P. PARKS,

Plaintiff - Appellant,

v.

CAROLYN W. COLVIN, Commissioner of Social Security,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever, III, Chief District Judge.  (5:13-cv-00288-D)

Submitted:  December 18, 2014      Decided:  December 22, 2014

Before SHEDD, WYNN, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Michele P. Parks, Appellant Pro Se.  David Nathaniel Mervis, Thomas McLean Nanni, SOCIAL SECURITY ADMINISTRATION, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michele P. Parks appeals the district court's order adopting the magistrate judge's recommendation and granting Defendant's Fed. R. Civ. P. 12(c) motion for judgment on the pleadings in Parks' civil action for review of the Social Security Administration's denial of disability benefits. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Parks v. Colvin, No. 5:13-cv-00288-D (E.D.N.C. June 19, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED